USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.J. BROOKS COMPANY,

                      Plaintiff,

-v-

CAMBRIDGE SECURITY SEALS ET AL.,

                      Defendants.

Case No. 12-CV-2937 (KMK)
ORDER

KENNETH M. KARAS, District Judge:

On December 9, 2013, the Court held a hearing on Plaintiff's Motion for a Preliminary Injunction barring Defendants from using or disclosing any trade secret or other confidential information that Defendant Jill Nilsson learned during her employment with Plaintiff, including but not limited to Plaintiff's confidential pricing information and customer-specific data, as set forth in the Proposed Order to Show Cause that Plaintiff submitted on July 16, 2013. (*See* Dkt. No. 73.) For the reasons stated on the record, Plaintiff's Motion is denied.

SO ORDERED.

Dated:     White Plains, New York
            December 10, 2013

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE