UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

E.J. BROOKS COMPANY d/b/a
TYDENBOOKS,

                    Plaintiff,

-against-

CAMBRIDGE SECURITY SEALS, et al.,
                    Defendants.
------------------------------------------------------------X



12 **CIVIL** 2937 (LAP)

**JUDGMENT**

      A Jury Trial before the Honorable Loretta A. Preska, United States District Judge, having begun on April 20, 2015, and at the conclusion of the trial, on May 4, 2015, the jury having rendered a verdict in favor of the plaintiff E.J. Brooks Company d/b/a/ Tydenbrooks as follows:

1. against defendant Cambridge Security Seals ("CSS") in the amount of $1,300,000.00 for defendant's misappropriation of trade secret; $1,300,000.00 for defendant's competing unfairly; $1,300,000.00 for defendant's unjust enrichment;

2. against defendant Brian Lyle in the amount of $2,000.00 for defendant's competing unfairly; $2,000.00 for defendant's unjust enrichment;

3. against defendant Gurmeet Singh Grover ("Grover Singh") in the amount of $2,000.00 for defendant's misappropriation of trade secret; $2,000.00 for defendant's competing unfairly; $2,000.00 for defendant's unjust enrichment; and

4. against defendant Michael Gizzarelli in the amount of $2,000.00 for defendant's misappropriation of trade secret; $2,000.00 for defendant's competing unfairly; $2,000.00 for defendant's unjust enrichment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the plaintiff E.J. Brooks Company d/b/a/ Tydenbrooks have judgment as follows:

1. against defendant Cambridge Security Seals in the total sum of $3,900,000.00;

2. against defendant Brian Lyle in the total sum of $4,000.00;

3. against defendant Gurmeet Singh Grover in the total sum of $6,000.00; and

4. against defendant Michael Gizzarelli in the total sum of $6,000.00.

DATED: New York, New York
       May    , 2015

So Ordered:

_____
Loretta A. Preska
U.S.D.J.

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____