UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
E.J. BROOKS COMPANY d/b/a :
TYDENBROOKS, :
:
        Plaintiff, :   C.A. No. 12-CV-2937 (LAP)
:
   -against- :   **NOTICE OF APPEAL**
:
CAMBRIDGE SECURITY SEALS, et al., :
:
        Defendants. :
:
---------------------------------------------------------------x

      Notice is hereby given that plaintiff E.J. Brooks Company d/b/a TydenBrooks appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order denying plaintiff's motion to amend the judgment to include prejudgment interest (Docket No. 352) entered on December 23, 2015.

Dated: New York, New York
       January 21, 2016

                                            By:   /s/ Daniel B. Goldman

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         Daniel B. Goldman
                                         Kerri Ann Law
                                         1177 Avenue of the Americas
                                         New York, New York  10036
                                         Tel: (212) 715-9100
                                         Fax: (212) 715-8100
                                         dgoldman@kramerlevin.com
                                         klaw@kramerlevin.com

                                         *Counsel for Plaintiff E.J. Brooks Company d/b/a*
                                         *TydenBrooks*

TO: All Counsel of Record (via ECF and e-mail)